IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UBS FINANCIAL SERVICES INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § § | CASE NO. 20-cv-00711-LY |
| MICHAEL R. BUCKNER, | § § § | |
| Defendant. | § § § § | |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties herein, as follows:

1.	Defendant agrees that he does not have standing to arbitrate his dispute against UBS Financial Services Inc., or any affiliates thereof, including UBS Securities LLC and/or UBS AG (collectively, "**UBS**"), under Rule 12200 of the Financial Industry Regulatory Authority's ("**FINRA**") Code of Arbitration Procedure, because Defendant is not a "customer" of UBS for purposes of this dispute and does not have an arbitration agreement with UBS that would permit him to arbitrate this dispute.

2.	Defendant consents to the entry of a permanent injunction enjoining Defendant from arbitrating the claims he asserted in FINRA Case No. 20-01303 against UBS, a form of which is annexed hereto as **Exhibit 1**.

3.	The Clerk of the Court may enter final judgment granting the claims of plaintiff UBS Financial Services Inc. to the extent it seeks the entry of the permanent injunction set forth in Paragraph 1 above.

4.	Subject to the provisions above, the above-captioned action, including all other claims, shall be dismissed in its entirety with prejudice and without attorneys' fees, costs or disbursements to either party, and the Clerk of the Court may enter judgment accordingly.

Dated:  August  7 , 2020

/s/ Michael R. Buckner
Michael R. Buckner
*Defendant*

/s/ David L. Goldberg
David L. Goldberg (admitted *pro hac vice*)
Katten Muchin Rosenman LLP
*Counsel for Plaintiff UBS Financial Services Inc.*

SO ORDERED:

_____
U.S. District Judge Lee Yeakel