IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UBS FINANCIAL SERVICES, INC., <br> PLAINTIFF, <br><br> V. <br><br> MICHAEL R. BUCKNER, <br> DEFENDANT. | § <br> § <br> § CAUSE NO. 1:20-CV-711-LY <br> § <br> § <br> § <br> § |

## **FINAL JUDGMENT**

Before the court is the above entitled cause of action. On this date, the court rendered an Order for Entry of Permanent Injunction and Declaratory Judgment and approved the parties' Stipulation and Order of Dismissal with Prejudice. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the cause hereby **CLOSED**.

SIGNED this ___11th___ day of August, 2020.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE